# Exhibit E



# TIME SHEET

**Cleveland Integrity Services, Inc.**
PO Box 658
Cleveland, OK 74020
(918) 358-5735   Office
(918) 358-5677   Fax
timesheet@clevelandintegrity.com

___ Direct Deposit
___ Overnight Check @ $25.00
___ Regular Mail Check

Employee Name: Eric Gundrum
Pay Period Ending: 3/29/14
Employee Classification: Utility Inspector III, Spreads 3 & 4B
Client Name: Enbridge-Flanagan South Pipeline
Client Supervisor: Ronnie Durdin
Client Supervisor email: rd2ez@aol.com

Employee's Signature: [signed]

W  Worked
NW Not Worked
HW Holiday Worked

Supervisor's Approval:

**Job Number**  1130252100

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | NW | W | W | W | W | W | W |
| | | | | | | | |
| | | | | | | | |
| Mileage | | 124 | 129 | 128 | 127 | 129 | 128 |
| Per Diem | Y | Y | Y | Y | Y | Y | Y |
| Equipment | | Y | Y | Y | Y | Y | Y |

**Miscellaneous Expenses**

| Name of Vendor | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | |

**Check or Pay Stub Mailing Address**
Name: Electronic
Address:
City/State/Zip:
Employee Contact Number:

**Field Office Location**
Office Name: Enbridge FSP Project - Archie Field Office
Office Address: P.O. Box 17
City/State/Zip: Archie, MO 64725
Office Phone: (816)-293-5310

TIME SHEETS MUST BE IN THE CLEVELAND OFFICE BY THE END OF BUSINESS MONDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET



# TIME SHEET

**Cleveland Integrity Services, Inc.**
PO Box 658
Cleveland, OK 74020
(918) 358-5735   Office
(918) 358-5677   Fax
timesheet@clevelandintegrity.com

x   Direct Deposit
___   Overnight Check @ $25.00
___   Regular Mail Check

| | |
|---|---|
| Employee Name | Michael P. King |
| Pay Period Ending | 7/18/2015 |
| Employee Classification | Inspector III- General/Utility |
| Client Name | Enbridge Pipelines - Line 66 |
| Client Supervisor | Tommy Shiflett |
| Client Supervisor email | tommy.Shiflett@enbridge.com |

W   Worked
NW  Not Worked
HW  Holiday Worked

**Employee's Signature**   *Michael King*

**Supervisor's Approval**   _____

| Job Number | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| BD Charge Code: 91257BD12110 | nw | w | w | W | w | w | w |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Mileage | 0 | 100 | 100 | 100 | 100 | 161 | 140 |
| Per Diem | y | y | y | y | y | y | y |
| Equipment | N | y | y | y | y | y | y |
|    Computer | | | | | | | |
|    Phone | | | | | | | |
|    Camera | | | | | | | |
|    Vehicle | | | | | | | |
|    ATV | | | | | | | |
|    Other | | | | | | | |

**Miscellaneous Expenses**

| BD Charge Code: 91257BD12110 | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total | |

**Physical W-4 Address**
Nam Michael P. King
Add 17175 Magnetite dr
City/State/Zip___ Reno, NV 89508
Cont 775-771-3481

**Check/Check Stub Mailing Address (if different)**
Name_____
Address_____
City/State/Zip_____
mkinger69@gmail.com

**Field Office Location**
Office Name_____Duluth office_____
Office Address___4628 Mike colalillo Drive_____
Duluth MN
Office Phone__218-623-7500_____

TIME SHEETS MUST BE IN THE CLEVELAND OFFICE BY THE END OF BUSINESS MONDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET

# TIME SHEET

**Cleveland Integrity Services, Inc.**
PO Box 658
Cleveland, OK 74020
(918) 358-5735   Office
(918) 358-5677   Fax

timesheet@clevelandintegrity.com

**X** Direct Deposit
___ Overnight Check @ $25.00
___ Regular Mail Check

W   Worked
NW  Not Worked
HW  Holiday Worked
HNW Holiday Not Worked

Employee Name: **Jacob Carlson**
Pay Period Ending: 6-7-15 → 6-13-15
Employee Classification: **Inspector III - General/Utility**
Client Name: **Enbridge Pipelines - Line 66**
Client Supervisor: **Tommy Shiflett**
Client Supervisor email: tommy.shiflett@enbridge.com

**Employee's Signature**: [signed]

**Supervisor's Approval**:

| Job Number | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| BD Charge Code: 91257BD12110 | NW | W | W | W | W | W | W |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| Mileage |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Per Diem |  | Y | Y | Y | Y | Y | Y | Y |
| Equipment |  | N | Y | Y | Y | Y | Y | Y |


| Job Number | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| BD Charge Code: 91257BD12110 | NW | W | W | W | W | W | W |
| Mileage |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Per Diem | Y | Y | Y | Y | Y | Y | Y |
| Equipment | N | Y | Y | Y | Y | Y | Y |

**Miscellaneous Expenses**

| BD Charge Code: 91257BD12110 | Description | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total |  |

**Check or Pay Stub Mailing Address**
Name: Jake Carlson
Address: 139 SE Crestview Ln
City/State/Zip: Madras, OR 97741
Employee Contact Number: 503-680-3611

**Field Office Location**
Office Name: West Duluth, MN
Office Address:
City/State/Zip:
Office Phone:

TIME SHEETS MUST BE IN THE CLEVELAND OFFICE BY THE END OF BUSINESS MONDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET

# TIME SHEET

**Cleveland Integrity Services, Inc.**  
PO Box 658  
Cleveland, OK  74020  
(918) 358-5735     Office  
(918) 358-5677     Fax  
timesheet@clevelandintegrity.com

**X**  Direct Deposit  
____  Overnight Check @ $25.00  
____  Regular Mail Check

W    Worked  
NW   Not Worked  
HW   Holiday Worked  
HNW  Holiday Not Worked

Employee Name: **Donnie Hood**  
Pay Period Ending: **8/29/2015**  
Employee Classification: **Assistant Chief Inspector**  
Client Name: **Enbridge Pipelines - Line 66**  
Client Supervisor: **Tommy Shiflett**  
Client Supervisor email: tommy.shiflett@enbridge.com

**Employee's Signature**   **Donnie Hood**

**Supervisor's Approval**

| Job Number | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **BD Charge Code: 91257BD12110** | NW | W | W | W | W | W | W |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| **Mileage** |  | 100 | 180 | 155 | 100 | 273 | 100 |
| **Per Diem** | Y | Y | Y | Y | Y | Y | Y |
| **Equipment** | N | Y | Y | Y | Y | Y | Y |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Miscellaneous Expenses**

| BD Charge Code: 91257BD12110 | Description | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total |  |

**Check or Pay Stub Mailing Address**  
Name: Donnie Hood  
Address: 90 craiglea dr  
City/State/Zip: Eagle point/or/97524  
Employee Contact Number: 503-933-6801

**Field Office Location**  
Office Name: Duluth Headquarters  
Office Address: 4628 mike colalillo Drive  
City/State/Zip: Duluth/MN/55807  
Office Phone: 218-623-7506

TIME SHEETS MUST BE IN THE CLEVELAND OFFICE BY THE END OF BUSINESS MONDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET