# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ERIC GUNDRUM and MICHAEL KING,** individually and on behalf of all persons similarly situated, | Civil Action No. 3:16-cv-00369-WMC |
| **Plaintiffs,** | Collective Action Pursuant to 29 U.S.C. § 216(b) |
| v. | |
| **CLEVELAND INTEGRITY SERVICES, INC.,** | **Jury Trial Demanded** |
| **Defendant.** | |

## DECLARATION OF MICHAEL KING

I, Michael King, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I make this declaration based on my personal knowledge.

2. I am a Claimant in the above-captioned action against Cleveland Integrity, Inc. ("Defendant" or "CIS").

3. I worked for CIS on two pipeline projects.

4. Between approximately July 2013 and April 2014, I worked for CIS as a Utility Inspector in Kansas, Missouri and Oklahoma on the Flanagan South Pipeline project.

5. Between approximately June 2015 and August 2015, I worked for CIS as a Utility Inspector in Wisconsin on the Line 66 Pipeline project.

6. CIS paid me a day rate on each project, regardless of how many hours I worked each day.

7. During my employment with CIS, I typically worked a minimum of six (6) days per week up to seven (7) days per week and more than ten (10) hours per day.

8. When I worked for CIS, I almost always worked more than forty (40) hours per week.

9. CIS never paid me overtime compensation in weeks when I worked more than forty (40) hours per week.

Dated: 5/10/2016

MICHAEL KING

2