# Exhibit I

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ERIC GUNDRUM and MICHAEL KING**, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CLEVELAND INTEGRITY SERVICES, INC.**, <br><br> Defendant. | Civil Action No. 3:16-cv-00369-WMC <br><br> Collective Action Pursuant to 29 U.S.C. § 216(b) <br><br> Jury Trial Demanded |

## DECLARATION OF JACOB CARLSON

I, Jacob Carlson, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I make this declaration based on my personal knowledge.

2. I am an Opt-In Claimant in the above-captioned action against Cleveland Integrity, Inc. ("Defendant" or "CIS").

3. I worked for CIS on four pipeline projects.

4. Between approximately July 2013 and August 2014, I worked for CIS as a Utility Inspector in Oklahoma and Kansas on the Flanagan South Pipeline project.

5. Between approximately September 2014 and November 2014, and between June 2015 and August 2015, I worked for CIS as a Utility Inspector in Wisconsin, Illinois and Minnesota on the Line 66 Pipeline project.

6. Between approximately August 2015 and September 2015, I worked for CIS as a Welding Inspector in Washington on the Alice Lake and Tolt Pipeline Corridor projects.

7. CIS paid me a day rate on each project, regardless of how many hours I worked each day.

8. During my employment with CIS, I typically worked a minimum of six (6) days per week up to seven (7) days per week and more than ten (10) hours per day.

9. When I worked for CIS, I almost always worked more than forty (40) hours per week.

10. CIS never paid me overtime compensation in weeks when I worked more than forty (40) hours per week.

Dated: 5/12/2016

JACOB CARLSON

2