# Exhibit L

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **ERIC GUNDRUM and MICHAEL KING, individually and on behalf of all persons similarly situated,** | : : : : : | **Civil Action No. 3:16-cv-00369-WMC** |
| | : : | **Collective Action Pursuant to 29 U.S.C. § 216(b)** |
| **Plaintiffs,** | : : : | |
| **v.** | : : : | **Jury Trial Demanded** |
| **CLEVELAND INTEGRITY SERVICES, INC.,** | : : : | |
| **Defendant.** | : : : : | |

## DECLARATION OF ERIC MALONE

I, Eric Malone, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I make this declaration based on my personal knowledge.

2.     I am an Opt-In Claimant in the above-captioned action against Cleveland Integrity, Inc. ("Defendant" or "CIS").

3.     I worked for CIS as a Utility Inspector between approximately July 2013 and May 2014 in Kansas and Oklahoma on the Flanagan South Pipeline project.

4.     CIS paid me a day rate regardless of how many hours I worked each day.

5.     During my employment with CIS, I typically worked a minimum of six (6) days per week up to seven (7) days per week and more than ten (10) hours per day.

6.     When I worked for CIS, I almost always worked more than forty (40) hours per week.

7.      CIS never paid me overtime compensation in weeks when I worked more than forty (40) hours per week.

Dated: <u>5/10/2016</u>                    <u>Eric P Malone</u>
                                        ERIC MALONE