# Exhibit M



HOME | STAFF | SERVICES | OQ | SAFETY | SEND A RESUME | FORMS | CONTACT US







- Accident Investigation Report
- Agreement to Arbitrate
- Background Authorization Form
- Confidentiality Agreement
- Driving Policy
- Drug and Alcohol Acknowledgement Form
- Drug and Alcohol History Form
- Employee Direct Deposit Enrollment Form
- Employee Handbook for Drugs and Alcohol
- I9 - Employment Eligibility Verification
- Timesheet
- W4 - Employee Withholding
- CIS Safety Manual





© 2016 Cleveland Integrity Services     370669 East Hwy 64   |   P.O. Box 658  Cleveland, OK 74020   |   p. (918) 358-5735   |   f. (918) 358-5677