# Exhibit N

| Direct Deposit | | | | | | | Cleveland |
|---|---|---|---|---|---|---|---|
| SSN | Employee Name (#) | | Check # | Check Date | YTD Units | | YTD Gross Wages |
| Redacted | Eric T. Gundrum (1148) | | 94464 | 07/03/2015 | 2,220.00 | | 4,869.15 |

**Earnings**

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Units | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Enbridge Energy Company, Inc. | 6/14/2015 - 6/20/2015 | Weekly | 10872 | Salary | 6.00 | 273.50 | 1,641.00 |
| Enbridge Energy Company, Inc. | 6/14/2015 - 6/20/2015 | Weekly | 10872 | Per Diem | 6.00 | 172.00 | 1,032.00 |
| Enbridge Energy Company, Inc. | 6/14/2015 - 6/20/2015 | Weekly | 10872 | Mileage | 1,602.00 | 0.58 | 921.15 |
| Enbridge Energy Company, Inc. | 6/14/2015 - 6/20/2015 | Weekly | 10872 | Mileage | 600.00 | 0.58 | 345.00 |
| Enbridge Energy Company, Inc. | 6/14/2015 - 6/20/2015 | Weekly | 10872 | Equipment | 6.00 | 155.00 | 930.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax |
|---|---|---|---|---|
| **Federal Taxes** | | | | |
| Federal Tax | 1,541.70 | 216.55 | 1,541.70 | 216.55 |
| FICA Med | 1,541.70 | 22.35 | 1,541.70 | 22.35 |
| FICA Tax | 1,541.70 | 95.59 | 1,541.70 | 95.59 |
| **State/Local Taxes** | | | | |
| State - Nevada | 1,641.00 | 0.00 | 1,641.00 | 0.00 |

| Deductions | Amount | YTD Ded |
|---|---|---|
| 125 Dental | 7.03 | 7.03 |
| 125 Medical | 90.99 | 90.99 |
| 125 Vision | 1.28 | 1.28 |
| Life | 3.22 | 3.22 |

Gross Check Amount  4,869.15        Total Withholdings  334.49        Total Deductions  102.52        Net Advice Amount  4,432.14



The deposit amount of this advice has been sent to the following account(s):                    07/03/15                          94464

| Bank Name | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Wells Fargo | Checking | Redacted | ******4,432.14 |

Eric T. Gundrum

**Non Negotiable**

| Direct Deposit | | | | | | | Cleveland |
|---|---|---|---|---|---|---|---|
| SSN | Employee Name (#) | | Check # | Check Date | YTD Units | | YTD Gross Wages |
| Redacted | Eric T. Gundrum (1148) | | 96208 | 07/17/2015 | 3,357.00 | | 12,550.07 |

**Earnings**

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Units | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Enbridge Energy Company, Inc. | 6/28/2015 - 7/04/2015 | Weekly | 10872 | Salary | 5.00 | 237.00 | 1,185.00 |
| Enbridge Energy Company, Inc. | 6/28/2015 - 7/04/2015 | Weekly | 10872 | Per Diem | 7.00 | 172.00 | 1,204.00 |
| Enbridge Energy Company, Inc. | 6/28/2015 - 7/04/2015 | Weekly | 10872 | Mileage | 500.00 | 0.58 | 287.50 |
| Enbridge Energy Company, Inc. | 6/28/2015 - 7/04/2015 | Weekly | 10872 | Equipment | 5.00 | 155.00 | 775.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax | Deductions | Amount | YTD Ded |
|---|---|---|---|---|---|---|---|
| **Federal Taxes** | | | | | 125 Dental | 7.03 | 21.09 |
| Federal Tax | 1,085.70 | 102.55 | 4,169.10 | 535.65 | 125 Medical | 90.99 | 272.97 |
| FICA Med | 1,085.70 | 15.74 | 4,169.10 | 60.45 | 125 Vision | 1.28 | 3.84 |
| FICA Tax | 1,085.70 | 67.31 | 4,169.10 | 258.48 | Life | 3.22 | 9.66 |
| **State/Local Taxes** | | | | | | | |
| State - Nevada | 1,185.00 | 0.00 | 4,467.00 | 0.00 | | | |

| Gross Check Amount | 3,451.50 | Total Withholdings | 185.60 | Total Deductions | 102.52 | Net Advice Amount | 3,163.38 |



The deposit amount of this advice has been sent to the following account(s):   07/17/15                96208

| Bank Name | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Wells Fargo | Checking | Redacted | ******3,163.38 |

Eric T. Gundrum

**Non Negotiable**

| Direct Deposit | | | | | | | Cleveland |
|---|---|---|---|---|---|---|---|
| SSN | Employee Name (#) | | Check # | Check Date | YTD Units | | YTD Gross Wages |
| Redacted | Donnie D. Hood (927) | | 62430 | 08/01/2014 | 40,443.00 | | 155,370.45 |

**Earnings**

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Units | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Enbridge Energy Company, Inc. | 7/13/2014 - 7/19/2014 | Weekly | 2418 | Salary | 6.00 | 344.00 | 2,064.00 |
| Enbridge Energy Company, Inc. | 7/13/2014 - 7/19/2014 | Weekly | 2418 | Per Diem | 7.00 | 170.00 | 1,190.00 |
| Enbridge Energy Company, Inc. | 7/13/2014 - 7/19/2014 | Weekly | 2418 | Mileage | 600.00 | 0.56 | 336.00 |
| Enbridge Energy Company, Inc. | 7/13/2014 - 7/19/2014 | Weekly | 2418 | Mileage | 740.00 | 0.56 | 414.40 |
| Enbridge Energy Company, Inc. | 7/13/2014 - 7/19/2014 | Weekly | 2418 | Equipment | 6.00 | 155.00 | 930.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax | Deductions | Amount | YTD Ded |
|---|---|---|---|---|---|---|---|
| **Federal Taxes** | | | | | 125 Dental | 13.21 | 394.99 |
| Federal Tax | 1,866.98 | 209.77 | 63,823.75 | 8,117.95 | 125 Medical | 180.75 | 5,036.61 |
| FICA Med | 1,866.98 | 27.07 | 63,823.75 | 925.44 | 125 Vision | 3.06 | 94.86 |
| FICA Tax | 1,866.98 | 115.75 | 63,823.75 | 3,957.07 | Dependant Life | 0.33 | 5.94 |
| | | | | | Life | 6.30 | 113.40 |
| **State/Local Taxes** | | | | | Insurance Adjustment | 0.00 | 145.29 |
| State - Oregon | 1,866.98 | 129.81 | 63,823.75 | 4,574.03 | | | |

| Gross Check Amount | 4,934.40 | Total Withholdings | 482.40 | Total Deductions | 203.65 | Net Advice Amount | 4,248.35 |
|---|---|---|---|---|---|---|---|



The deposit amount of this advice has been sent to the following account(s):   08/01/14   62430

| Bank Name | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| OEFCU | Checking | Redacted | ******4,248.35 |

Donnie D. Hood
90 Craiglea Dr.
Eagle Point, OR  97524

**Non Negotiable**

| Direct Deposit | | | | | | | Cleveland |
|---|---|---|---|---|---|---|---|
| SSN | Employee Name (#) | | Check # | Check Date | YTD Units | | YTD Gross Wages |
| Redacted | Donnie D. Hood (927) | | 61581 | 07/25/2014 | 39,084.00 | | 150,436.05 |

### Earnings

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Units | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Enbridge Energy Company, Inc. | 7/06/2014 - 7/12/2014 | Weekly | 2418 | Salary | 7.00 | 344.00 | 2,408.00 |
| Enbridge Energy Company, Inc. | 7/06/2014 - 7/12/2014 | Weekly | 2418 | Per Diem | 7.00 | 170.00 | 1,190.00 |
| Enbridge Energy Company, Inc. | 7/06/2014 - 7/12/2014 | Weekly | 2418 | Mileage | 830.00 | 0.56 | 464.80 |
| Enbridge Energy Company, Inc. | 7/06/2014 - 7/12/2014 | Weekly | 2418 | Mileage | 700.00 | 0.56 | 392.00 |
| Enbridge Energy Company, Inc. | 7/06/2014 - 7/12/2014 | Weekly | 2418 | Equipment | 7.00 | 155.00 | 1,085.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax | Deductions | Amount | YTD Ded |
|---|---|---|---|---|---|---|---|
| | | | | | 125 Dental | 13.21 | 381.78 |
| **Federal Taxes** | | | | | 125 Medical | 180.75 | 4,855.86 |
| Federal Tax | 2,210.98 | 295.77 | 61,956.77 | 7,908.18 | 125 Vision | 3.06 | 91.80 |
| FICA Med | 2,210.98 | 32.06 | 61,956.77 | 898.37 | Dependant Life | 0.33 | 5.61 |
| FICA Tax | 2,210.98 | 137.08 | 61,956.77 | 3,841.32 | Life | 6.30 | 107.10 |
| **State/Local Taxes** | | | | | Insurance Adjustment | 0.00 | 145.29 |
| State - Oregon | 2,210.98 | 160.77 | 61,956.77 | 4,444.22 | | | |

| Gross Check Amount | 5,539.80 | Total Withholdings | 625.68 | Total Deductions | 203.65 | Net Advice Amount | 4,710.47 |
|---|---|---|---|---|---|---|---|

The deposit amount of this advice has been sent to the following account(s):   07/25/14   61581

| Bank Name | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| OEFCU | Checking | Redacted | ******4,710.47 |

Donnie D. Hood
90 Craiglea Dr.
Eagle Point, OR 97524

**Non Negotiable**

**Direct Deposit**     Cleveland

| SSN | Employee Name (#) | Check # | Check Date | YTD Units | YTD Gross Wages |
|---|---|---|---|---|---|
| Redacted | Donnie D. Hood (927) | 37873 | 01/10/2014 | 204.00 | 7,829.30 |

**Earnings**

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Units | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Enbridge Energy Company, Inc. | 12/22/2013 - 12/28/2013 | Weekly | 2418 | Salary | 2.00 | 387.50 | 775.00 |
| Enbridge Energy Company, Inc. | 12/22/2013 - 12/28/2013 | Weekly | 2418 | Per Diem | 7.00 | 170.00 | 1,190.00 |
| Enbridge Energy Company, Inc. | 12/22/2013 - 12/28/2013 | Weekly | 2418 | Mileage | 200.00 | 0.565 | 113.00 |
| Enbridge Energy Company, Inc. | 12/22/2013 - 12/28/2013 | Weekly | 2418 | Equipment | 2.00 | 110.00 | 220.00 |

**Withholdings**

| | Taxable | Tax | YTD Taxable | YTD Tax |
|---|---|---|---|---|
| **Federal Taxes** | | | | |
| Federal Tax | 626.41 | 23.60 | 3,190.32 | 411.84 |
| FICA Med | 626.41 | 9.08 | 3,190.32 | 46.26 |
| FICA Tax | 626.41 | 38.84 | 3,190.32 | 197.80 |
| **State/Local Taxes** | | | | |
| State - Oregon | 626.41 | 31.05 | 3,190.32 | 224.17 |

**Deductions**

| | Amount | YTD Ded |
|---|---|---|
| 125 Dental | 12.00 | 24.00 |
| 125 Medical | 133.53 | 267.06 |
| 125 Vision | 3.06 | 6.12 |

Gross Check Amount 2,298.00     Total Withholdings 102.57     Total Deductions 148.59     Net Advice Amount 2,046.84

The deposit amount of this advice has been sent to the following account(s):       01/10/14       37873

| Bank Name | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| OEFCU | Checking | Redacted | ******2,046.84 |

Donnie D. Hood
90 Craiglea Dr.
Eagle Point, OR  97524

**Non Negotiable**

| Direct Deposit | | | | | | | Cleveland |
|---|---|---|---|---|---|---|---|
| SSN | Employee Name (#) | | Check # | Check Date | YTD Units | | YTD Gross Wages |
| Redacted | Donnie D. Hood (927) | | 25348 | 09/20/2013 | 2,120.30 | | 82,096.50 |

### Earnings

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Units | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Enbridge Energy Company, Inc. | 9/01/2013 - 9/07/2013 | Weekly | 2418 | Salary | 5.00 | 387.50 | 1,937.50 |
| Enbridge Energy Company, Inc. | 9/01/2013 - 9/07/2013 | Weekly | 2418 | Per Diem | 7.00 | 163.00 | 1,141.00 |
| Enbridge Energy Company, Inc. | 9/01/2013 - 9/07/2013 | Weekly | 2418 | Mileage | 398.00 | 0.565 | 224.87 |
| Enbridge Energy Company, Inc. | 9/01/2013 - 9/07/2013 | Weekly | 2418 | Mileage | 500.00 | 0.565 | 282.50 |
| Enbridge Energy Company, Inc. | 9/01/2013 - 9/07/2013 | Weekly | 2418 | Equipment | 5.00 | 110.00 | 550.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax | Deductions | Amount | YTD Ded |
|---|---|---|---|---|---|---|---|
| **Federal Taxes** | | | | | 125 Dental | 12.00 | 84.00 |
| Federal Tax | 1,788.91 | 194.49 | 39,259.87 | 5,421.78 | 125 Medical | 133.53 | 934.71 |
| FICA Med | 1,788.91 | 25.94 | 39,259.87 | 569.27 | 125 Vision | 3.06 | 21.42 |
| FICA Tax | 1,788.91 | 110.91 | 39,259.87 | 2,434.11 | | | |
| **State/Local Taxes** | | | | | | | |
| State - Oregon | 1,788.91 | 123.37 | 39,259.87 | 2,870.52 | | | |

| Gross Check Amount | 4,135.87 | Total Withholdings | 454.71 | Total Deductions | 148.59 | Net Advice Amount | 3,532.57 |
|---|---|---|---|---|---|---|---|



The deposit amount of this advice has been sent to the following account(s):    09/20/13    25348

| Bank Name | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| OEFCU | Checking | Redacted | ******3,532.57 |

Donnie D. Hood
90 Craiglea Dr.
Eagle Point, OR 97524

**Non Negotiable**