# Exhibit O

**ENBRIDGE**

REPORT #: 071

## Flanagan South Pipeline Project - Line 59 - 36" Line - Spread 3

DAY: Tue

### Rough Clean-up / Final Restoration / Fence Inspector's Daily Report

DATE: 5/27/14

| CONTRACTOR: | USPL-Hutchens | CREW: | Rough Clean-up |
|---|---|---|---|

INSPECTOR (PRINT): Eric Gundrum    FOREMAN: Marcus Karl

Weather Conditions: Partly Cloudy    Temperature: AM 68  PM 82°

Right-of-Way Conditions: Dry    Ending MP: 306.2

**A. Did ABNORMAL working conditions adversely affect construction progress?** (if yes, explain in Remarks or document & attach).  ☐ Y  ☒ N

**B. Any Contractor caused delays, downtime or other reduced progress?** (If yes, explain in Remarks or document & attach).  ☐ Y  ☒ N

| Labor | Number on Crew | Hours Per Person/EQ | INSPECTOR'S CHECK LIST | | | |
|---|---|---|---|---|---|---|
| | | | **Land/Permits** | Y | N | N/A |
| Crew Foreman | 1 | 11 | Construction Line List and Alignment Sheet requirements met? | ☒ | ☐ | ☐ |
| Straws | 1 | | Landowners/utilities notified in advance of any work? | ☒ | ☐ | ☐ |
| Laborer | 5 | | **Environmental** | Y | N | N/A |
| Operator | 5 | | Was all fueling done according to permits/construction specs? | ☒ | ☐ | ☐ |
| Teamster | 1 | | Any mixing of topsoil with subsoil? | ☐ | ☒ | ☐ |
| Oiler | 2 | | Silt fence/straw bales/ temporary water bars installed/maintained as required? | ☐ | ☐ | ☒ |
| | | | All waste, filtration bags, constr. debris & large rocks cleaned up? | ☒ | ☐ | ☐ |
| | | | Mulch applied was crimped? | ☐ | ☐ | ☒ |
| | | | Seed bags properly labeled/turned in to Env. Inspector? | ☐ | ☐ | ☒ |
| **Equipment** | | | Were mat/railcar bridges cleaned? | ☐ | ☐ | ☒ |
| CAT #14 Motorgrader | | | Decompaction completed according to permits/constr. specs? | ☐ | ☐ | ☒ |
| CAT D-6 LGP | 3 | | Permanent ECD's installed prior to final seeding/mulching? | ☐ | ☐ | ☒ |
| CAT D-7 | | | Topsoil restored per specifications? | ☒ | ☐ | ☐ |
| CAT D-8 | | | Proper seed mix applied? | ☐ | ☐ | ☒ |
| CAT 330 Excavator | | | **Safety** | Y | N | N/A |
| Thumb attachment | | | Construction safety rules were followed? | ☒ | ☐ | ☐ |
| 4x4 Pick-Up (Company) | 2 | | Any safety hazards/ "close calls"/ incidents today? (If Y, please note in comments section below) | ☐ | ☒ | ☐ |
| Pick-Up (Employee) | 5 | | | | | |
| Flatbed - 1 Ton | 1 | | **Technical** | Y | N | N/A |
| ATV w / Seeder | | | Any non-conformance issues today? | ☐ | ☒ | ☐ |
| ATV | | | **Landowner/Third Party Contacts/Other** | Y | N | N/A |
| 330 CAT Hoe | 2 | | Any Third Party/Landowner Contacts/Meetings today? (If Y, please note in comments section below) | ☒ | ☐ | ☐ |
| CAT Skid Steer | 1 | | | | | |
| Kubota M9540 / Disk | 1 | ✓ | The Compliance Alerts Memo was reviewed/considered in my work today? | ☐ | ☐ | ☒ |

REMARKS/COMMENTS (Attach Inspector Additional Comments for more space.): SWP # 469714  GDP # 119264

Contractor continued with clean up / punch list today.
Crew is split in two, inspector Harrol Broone is
watching one at Austin Rd. MP 351, I am watching
other at Bobwhite Trail MP 293.

Met with land agent Mark Graven and L.O. Reikhof Tract
Mo. 1868 regarding punch list items on his tract.

Moved crew: Tractor to Ebenezer Rd MP 306.2 and Zoar Rd
MP 304.5.

| Inspector's Signature: | | HOURS WORKED: 12 |
|---|---|---|
| Contractor Rep. Signature: | | DAILY MILEAGE: 297 |

| Initials as reviewed and approved by: | Const. Mgr. | Chief Inspector | Assist. Chief |
|---|---|---|---|

Flanagan South Pipeline Project - Line 59 - 36" Line - Spread 3

Report #: *071*

Ending MP: **306.2**

## ROUGH CLEAN-UP /FINAL RESTORATION / FENCE INSPECTORS PROGRESS MATRIX

DAY: *Tue*

DATE: *5/27/14*

CREW: Clean-Up   Restoration   Revegetation   Fence

INSPECTOR (PRINT): *Eric Gundrum*

### BASE LAY ITEM DAILY PROGRESS

| TRACKED UNIT ITEM | UNITS | From STATION | To STATION | FOOTAGE | LIST LAND TRACT Nos. |
|---|---|---|---|---|---|
| Rough Clean-Up | LF | 15462+77 | 15466+38 | 361 | MO-SA-1770 |
| | | 15496+71 | 15504+26 | 755 | MO-SA 1773 |
| | | | | | |
| Final Clean-Up | LF | | | | |
| | | | | | |
| | | | | | |
| Fencing | LF | | | | |
| | | | | | |

### ADDITIONAL UNIT ITEM DAILY PROGRESS

| TRACKED UNIT ITEM | UNITS | From STATION | To STATION | FOOTAGE or COUNT | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| Install Silt Fence | LF | | | | ☐DS | ☐WS | Check if silt fence installed on ditch side (DS) or working side (WS). Measure running footage of silt fence installed between reported stations. Do not count replaced or maintained silt fence. |
| | | | | | ☐DS | ☐WS | |
| | | | | | ☐DS | ☐WS | |
| | | | | | ☐DS | ☐WS | |
| Install Straw or Hay Bales | Each | | | Count: | ☐DS | ☐WS | Check if bales installed on ditch side (DS) or working side (WS). Do not count replaced or maintained bales. |
| | | | | Count: | ☐DS | ☐WS | |
| | | | | Count: | ☐DS | ☐WS | |
| | | | | Count: | ☐DS | ☐WS | |
| Erosion Control Sediment Log | Each | | | Count: | ☐DS | ☐WS | Check if sediment logs installed on ditch side (DS) or working side (WS). Do not count replaced or maintained sediment logs. |
| | | | | Count: | ☐DS | ☐WS | |
| | | | | Count: | ☐DS | ☐WS | |
| | | | | Count: | ☐DS | ☐WS | |
| Install Diversion Dike | LF | | | | | | List centerline station crossed and measured running footage for each dike.  ☐Y  ☐N |

REMARKS/COMMENTS: 15462+77-15466+38 = 361 LF. Reworked Water Breaker Slope & Ditch (punch list) 15496+71 - 15504+26 = 755 LF. Repaired Erosion issues (punch list).

| DISTRIBUTION | SIGNATURES | | |
|---|---|---|---|
| | CONTRACTOR REP | | DATE: 5/27/14 |
| | INSPECTOR | | DATE: 5/27/14 |
| | REVIEWED CHIEF | | DATE: |
| | REVIEWED CONST. MANAGER | | DATE: |

Form #506, Rv 0                    1 of 3                    4/28/09

ENBRIDGE

**Flanagan South Pipeline Project**
**Line 59 - 36" Line - Spread 3**

REPORT #: _071_
DAY: _Tue_
DATE: _5/27/14_
CONTRACTOR: **USPL - Hutchens**

# Inspector's Additional Comments

Inspector's Name (PRINT): Eric Gundrum

## DAILY DIARY

Use this space for the reporting of unusual daily occurrences, stoppages delays safety incidents/close calls, visitors and activities.
If during the day progress is below normal, give reason.

Contractor finished land tract MO-SA-1770 and 1773 and then moved to Zoan Rd to access tract MO-LF-1867 (per Mark Graven). Met with land owner Riekhof @ 1040. Riekhof stated he just wanted erosion in waterways fixed and re-seeded, he also stated there were low spots in R.O.W and terraces that did not drain right but he would take care of that himself in the fall. Land owner and Graven directed contractor to enter his tract approx 1200 ft east of R.O.W off Zoan road where his sheds and silo's are located. Access is a partially graveled grassy two track road into the property. Land owner did not state any special circumstances or maintenance requirements for using the access point. Mr. Riekhof, Marcus Karl, Mark Graven and myself present. Per Mark Graven: fix tracts 1878, 1879, 1881. Enter thru tract 1878 off Ebenezer Rd. Metal gate. GPS coord. Lat 38°N 57'41" long 93° 37' 16" W. Mark stated if wet/soft stay off access. No other stipulation.

Inspector's Signature:

Hours: _12_
Mileage: _297_

Review & Approved: _____   Chief Inspector's Signature

Review & Approved: _____   Construction Manager's Signature

Form #225, Rv 0

4/28/09

REPORT #: 11

Flanagan South Pipeline Project - Line 55-36" Line - Spread 3     DAY: Thursday

**Rough Clean-up / Final Restoration / Fence Inspector's Daily Report**     DATE: 3-27-14

| CONTRACTOR: | **USPL-Hutchens** | CREW: 2 Revegetation Rough Clean-up |
|---|---|---|

INSPECTOR (PRINT): Michael King     FOREMAN: Trevor Schreibvogel

Weather Conditions: Overcast / very windy     Temperature: AM 50 PM

Right-of-Way Conditions: Wet     Ending MP: 362.72

A. Did ABNORMAL working conditions adversely affect construction progress? (If yes, explain in Remarks or document & attach).  ☐Y ☒N

B. Any Contractor caused delays, downtime or other reduced progress? (If yes, explain in Remarks or document & attach).  ☐Y ☒N

| Labor | Number on Crew | Hours Per Person/EQ | INSPECTOR'S CHECK LIST | | | |
|---|---|---|---|---|---|---|
| Crew Foreman | 1 | 10 | **Land/Permits** | Y | N | N/A |
| Straws | | | Construction Line List and Alignment Sheet requirements met? | ☒ | ☐ | ☐ |
| Laborer | | | Landowners/utilities notified in advance of any work? | ☐ | ☐ | ☒ |
| Operator | 1 | 10 | **Environmental** | Y | N | N/A |
| Teamster | | | Was all fueling done according to permits/construction specs? | ☒ | ☐ | ☐ |
| | | | Any mixing of topsoil with subsoil? | ☐ | ☒ | ☐ |
| | | | Silt fence/straw bales/ temporary water bars installed/maintained as required? | ☒ | ☐ | ☐ |
| | | | All waste, filtration bags, constr. debris & large rocks cleaned up? | ☒ | ☐ | ☐ |
| | | | Mulch applied was crimped? | ☒ | ☐ | ☐ |
| | | | Seed bags properly labeled/turned in to Env. Inspector? | ☒ | ☐ | ☐ |
| **Equipment** | | | Were mat/railcar bridges cleaned? | ☐ | ☐ | ☒ |
| CAT #14 Motorgrader | | | Decompaction completed according to permits/constr. specs? | ☒ | ☐ | ☐ |
| CAT D-6 LGP | | | Permanent ECD's installed prior to final seeding/mulching? | ☒ | ☐ | ☐ |
| CAT D-7 | | | Topsoil restored per specifications? | ☒ | ☐ | ☐ |
| CAT D-8 | | | Proper seed mix applied? | ☒ | ☐ | ☐ |
| CAT 330 Excavator | | | **Safety** | Y | N | N/A |
| Thumb attachment | | | Construction safety rules were followed? | ☒ | ☐ | ☐ |
| 4x4 Pick-Up (Company) | 1 | 10 | Any safety hazards/ "close calls"/ incidents today? (If Y, please note in comments section below) | ☐ | ☒ | ☐ |
| Pick-Up (Employee) | 1 | 10 | | | | |
| Flatbed - 1 Ton | | | **Technical** | Y | N | N/A |
| ATV w / Seeder | | | Any non-conformance issues today? | ☐ | ☒ | ☐ |
| ATV | | | **Landowner/Third Party Contacts/Other** | Y | N | N/A |
| Farm tractor | 2 | 10 | Any Third Party/Landowner Contacts/Meetings today? (if Y, please note in comments section below) | ☐ | ☒ | ☐ |
| | | | The Compliance Alerts Memo was reviewed/considered in my work today? | ☐ | ☐ | ☒ |

REMARKS/COMMENTS (Attach Inspector Additional Comments for more space.): Seeding

Footage turned in today is from yesterday's progress. 19112+52 - 19151+85 = 3933 LF complete today working from AA Rd. to 6001 Rd.

| Inspector's Signature: | | HOURS WORKED: |
|---|---|---|
| Contractor Rep. Signature: | | DAILY MILEAGE: |
| Initials as reviewed and approved by: | Const. Mgr. | Chief Inspector | Assist. Chief |

Form #505, Rv 1     10/18/09

Flanagan South Pipeline Project - Line 39 - 38" Line - Spread 3      Ending MP: 362.72

## ROUGH CLEAN-UP / FINAL RESTORATION / FENCE INSPECTORS PROGRESS MATRIX

DAY: **Thursday**      CREW: **2**   Clean-Up   Restoration   (Revegetation)   Fence

DATE: **3-27-14**      INSPECTOR (PRINT): **Michael King**

### BASE LAY ITEM DAILY PROGRESS

| TRACKED UNIT ITEM | UNITS | From STATION | To STATION | FOOTAGE | LIST LAND TRACT Nos. |
|---|---|---|---|---|---|
| Rough Clean-Up | LF | | | | |
| Final Clean-Up | LF | | | | |
| Fencing | LF | | | | |

### ADDITIONAL UNIT ITEM DAILY PROGRESS

| TRACKED UNIT ITEM | UNITS | From STATION | To STATION | FOOTAGE or COUNT | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| Install Silt Fence | LF | | | | ☐ DS ☐ WS | | Check if silt fence installed on ditch side (DS) or working side (WS). Measure running footage of silt fence installed between reported stations. Do not count replaced or maintained silt fence. |
| | | | | | ☐ DS ☐ WS | | |
| | | | | | ☐ DS ☐ WS | | |
| | | | | | ☐ DS ☐ WS | | |
| Install Straw or Hay Bales | Each | | | Count: | ☐ DS ☐ WS | | Check if bales installed on ditch side (DS) or working side (WS). Do not count replaced or maintained bales. |
| | | | | Count: | ☐ DS ☐ WS | | |
| | | | | Count: | ☐ DS ☐ WS | | |
| | | | | Count: | ☐ DS ☐ WS | | |
| Erosion Control Sediment Log | Each | | | Count: | ☐ DS ☐ WS | | Check if sediment logs installed on ditch side (DS) or working side (WS). Do not count replaced or maintained sediment logs. |
| | | | | Count: | ☐ DS ☐ WS | | |
| | | | | Count: | ☐ DS ☐ WS | | |
| | | | | Count: | ☐ DS ☐ WS | | |
| Install Diversion Dike | LF | | | | | | List centerline station crossed and measured running footage for each dike. ☐ Y ☐ N |

### REMARKS/COMMENTS:

See Inspector Eric Gundrum's Report For Final Clean up totals.

| DISTRIBUTION | SIGNATURES | | |
|---|---|---|---|
| | CONTRACTOR REP. | _[signature]_ | DATE: 3-27-14 |
| | INSPECTOR | _[signature]_ | DATE: 3-27-14 |
| | REVIEWED CHIEF | | DATE: |
| | REVIEWED CONST MANAGER | | DATE: |

Form #506, Rv 0      1 of 3      4/28/09

Report #: **17**

Flanagan South Pipeline Project - Line 39 - 38" Line - Spread 3

Ending MP: **362.72**

## ROUGH CLEAN-UP /FINAL RESTORATION / FENCE INSPECTORS PROGRESS MATRIX

DAY: **Thursday**                    CREW: **2**   Clean-Up  Restoration  (Revegetation)  Fence

DATE: **3-27-14**          INSPECTOR (PRINT): **Michael King**

### ADDITIONAL UNIT ITEM DAILY PROGRESS

| TRACKED UNIT ITEM | UNITS | From STATION | To STATION | FOOTAGE or COUNT | COMMENTS | |
|---|---|---|---|---|---|---|
| **Install Mulch** ~~Install Erosion Control Matting for Stream Banks~~ | ~~Acre~~ Acre | 19112+52 | 19114+11 | 0.5 Acre | Average width, in feet, between reported stations | 135 |
| | | EWS same as above | | 0.5 Acre | Average width, in feet, between reported stations | 100 |
| | | 19114+11 | 19130+72 | 5.1 Acre | Average width, in feet, between reported stations | 135 |
| | | 19130+72 | 19148+76 | 5.6 Acre | Average width, in feet, between reported stations | 135 |
| Install Mulch | Acre | EWS Between Above sta. | | 0.6 Acre | Average width, in feet, between reported stations | 100 |
| | | 19148+76 | 19151+85 | 1.0 Acre | Average width, in feet, between reported stations | 135 |
| | | EWS Between Above sta. | | 0.6 Acre | Average width, in feet, between reported stations | 100 |
| | | | | | Average width, in feet, between reported stations | |
| Seed-Hydroseed | Acre | | | | Average width, in feet, between reported stations | |
| | | | | | Average width, in feet, between reported stations | |
| | | | | | Average width, in feet, between reported stations | |
| | | | | | Average width, in feet, between reported stations | |
| Seed-Broadcast | Acre | | | | Average width, in feet, between reported stations | |
| | | | | | Average width, in feet, between reported stations | |
| **Drilled + Fertilize** ~~Install Riprap with geotextile fabric~~ | Acre ~~EX~~ | 19112+52 | 19151+85 | 13.9 Acres | Average width, in feet, between reported stations | 135 |
| | | | | | Average width, in feet, between reported stations | EWS-100 |

| TRACKED UNIT ITEM | UNITS | | STATION | COUNT (Count as 1 for each completed) | LAND TRAC |
|---|---|---|---|---|---|
| Paint Fence Line | Each | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form #506, Rv 0

2 of 3

4/28/09

Inspector (PRINT): M. Michael King

Report #: 17

Date: 3-27-14

**Flanagan South Pipeline Project - Line 59 - 36" Line - Spread 3**

| Item | Description | Unit | Today |
|------|-------------|------|-------|
| | **Crew** | | |
| 15 | Final ROW Restoration / Reclamation | Per Linear Foot | |
| | **Unit Pay Items** | | |
| 33 | Rocked Road Approach | Each | |
| 34 | Timber Mat Road Approach | Each | |
| 35 | Rock Road Approach W/ Flume Sized for Road Ditch | Each | |
| 36 | Timber Mat Road Approach W/ Flume Sized for Road Ditch | Each | |
| 37 | Interlocking Sheet Piling | Per Square Foot | |
| 44 | Erosion Control Fabric- Curlex | Per Square Yard | |
| 45 | Erosion Control Fabric - High Velocity Curlex | Per Square Yard | |
| 46 | Erosion Control Fabric-Jute Blanket | Per Square Yard | |
| 47 | Sediment Logs - 15' Minimum Length | Each | |
| 111 | Electrolysis Test Station | Each | |
| 112 | Electrolysis Test Station w/Bond | Each | |
| 120 | Flowable Fill | Per Cubic yard | |
| 121 | 60/40 Select Fill | Per Cubic yard | |
| 123 | Quarry Rock Rip Rap - 2" to 5" | Per Ton | |
| 124 | Quarry Rock Rip Rap - 6" to 8" | Per Ton | |
| 125 | Quarry Rock Rip Rap - 10" to 18" | Per Ton | |
| 126 | Crushed Limestone Road Base | Per Ton | |
| 127 | Lime | Per Acre | |
| 128 | Fertilizer | Per Acre | 13.9 |
| 129 | Mulch - Sprayed | Per Acre | 13.9 |
| 130 | Mulch - Crimped | Per Acre | 13.9 |
| 131 | Hydro Seeding | Per Acre | |
| 132 | Yard Sod | Per Square Yard | |
| 138 | Driveway / Road Restoration - Chip Seal | Per Square Yard | |
| 139 | Driveway / Road Restoration - Asphalt | Per Square Yard | |
| 140 | Driveway / Road Restoration - Rock | Per Ton | |
| 143 | Permanent 4 Strand Barbed Wire Fencing | Per Linear Foot | |
| 144 | Permanent 5 Strand Barbed Wire Fencing | Per Linear Foot | |
| 145 | Permanent Hog Wire Fencing | Per Linear Foot | |
| 146 | Chain Link Fence W/ 3 Strands Barbed Wire | Per Linear Foot | |
| 147 | Other Types Fencing | Per Linear Foot | |
| 148 | Wood Fences | Per Linear Foot | |
| 149 | 14 / 16' Tubular Gate W/ 2 Single H Braces | Each | |
| 150 | 14 / 16' Tubular Gate W/ 2 Double H Braces | Each | |
| 156 | Pipeline Marker | Each | |
| 157 | Aerial Marker | Each | |
| 158 | Do Not Dredge or Drop Anchor Sign | Each | |
| 192 | Crew Stand-By: Clean-up/ Revegetation | Per Hour | |
| 193 | Crew Stand-By: Clean-up/ Revegetation | Per Day | |
| 196 | Rock Removal off of ROW (if required by COMPANY) | Per Cubic yard | |
| 215 | Crew Move-Around: Restoration/Revegetation | Per Leg | |

ENGINEERS

**Flanagan South Pipeline Project -**
**Line 59 - 36" Line - Spread 3**

REPORT #: __17__
DAY: __Thursday__
DATE: __3-27-14__
CONTRACTOR: __USPL - Hutchens__

# Inspector's Additional Comments

Inspector's Name (PRINT):

Michael King

### DAILY DIARY

Use this space for the reporting of unusual daily occurrences, stoppages delays safety incidents/close calls, visitors and activities.
If during the day progress is below normal, give reason.

Slow start today waiting ground to dry a bit. Foreman had to get
Fertilizer.

Inspector's Signature:

Hours: __11__
Mileage: _____

Review &
Approved: _____

Review &
Approved: _____

Chief Inspector's Signature

Construction Manager's
Signature

Form #225, Rv 0

4/28/09

REPORT #: 15

**Flanagan South Pipeline Project - Line 59 - 36" Line - Spread 3**

DAY: Tuesday

**Rough Clean-up / Final Restoration / Fence Inspector's Daily Report**

DATE: 3-25-14

| CONTRACTOR: | **USPL-Hutchens** | CREW: 2 Revegetation | Rough Clean-up |
|---|---|---|---|
| INSPECTOR (PRINT): | Michael King | FOREMAN: | Trevor Scharibusged |
| Weather Conditions: | Clear / windy | | Temperature: AM 26 PM 43 |
| Right-of-Way Conditions: | Dry | | Ending MP: 360.78 |

A. Did ABNORMAL working conditions adversely affect construction progress? (If yes, explain in Remarks or document & attach). ☐ Y ☑ N

B. Any Contractor caused delays, downtime or other reduced progress? (If yes, explain in Remarks or document & attach). ☐ Y ☑ N

| Labor | Number on Crew | Hours Per Person/EQ | INSPECTOR'S CHECK LIST | | | |
|---|---|---|---|---|---|---|
| | | | **Land/Permits** | Y | N | N/A |
| Crew Foreman | 1 | 10 | Construction Line List and Alignment Sheet requirements met? | ☑ | ☐ | ☐ |
| Straws | | | Landowners/utilities notified in advance of any work? | ☑ | ☐ | ☐ |
| Laborer | | | **Environmental** | Y | N | N/A |
| Operator | 1 | 10 | Was all fueling done according to permits/construction specs? | ☑ | ☐ | ☐ |
| Teamster | | | Any mixing of topsoil with subsoil? | ☐ | ☑ | ☐ |
| | | | Silt fence/straw bales/ temporary water bars installed/maintained as required? | ☑ | ☐ | ☐ |
| | | | All waste, filtration bags, constr. debris & large rocks cleaned up? | ☑ | ☐ | ☐ |
| | | | Mulch applied was crimped? | ☑ | ☐ | ☐ |
| | | | Seed bags properly labeled/turned in to Env. Inspector? | ☑ | ☐ | ☐ |
| **Equipment** | | | Were mat/railcar bridges cleaned? | ☐ | ☐ | ☑ |
| CAT #14 Motorgrader | | | Decompaction completed according to permits/constr. specs? | ☑ | ☐ | ☐ |
| CAT D-6 LGP | | | Permanent ECD's installed prior to final seeding/mulching? | ☑ | ☐ | ☐ |
| CAT D-7 | | | Topsoil restored per specifications? | ☑ | ☐ | ☐ |
| CAT D-8 | | | Proper seed mix applied? | ☑ | ☐ | ☐ |
| CAT 330 Excavator | | | **Safety** | Y | N | N/A |
| Thumb attachment | | | Construction safety rules were followed? | ☑ | ☐ | ☐ |
| 4x4 Pick-Up (Company) | 1 | 10 | Any safety hazards/ "close calls"/ incidents today? (If Y, please note in comments section below) | ☐ | ☑ | ☐ |
| Pick-Up (Employee) | 1 | 10 | | | | |
| Flatbed - 1 Ton | | | **Technical** | Y | N | N/A |
| ATV w / Seeder | | | Any non-conformance issues today? | ☐ | ☑ | ☐ |
| ATV | | | **Landowner/Third Party Contacts/Other** | Y | N | N/A |
| Farm tractor | 2 | 10 | Any Third Party/Landowner Contacts/Meetings today? (if Y, please note in comments section below) | ☐ | ☑ | ☐ |
| | | | The Compliance Alerts Memo was reviewed/considered in my work today? | ☐ | ☑ | ☑ |

REMARKS/COMMENTS (Attach Inspector Additional Comments for more space.): Seeding

No progress to report today. Continued on disking, mulching, seeding, Fertilizing from 4001 Rd to AA Rd. all Incomplete.

| Inspector's Signature: | | HOURS WORKED: | 11.5 |
|---|---|---|---|
| Contractor Rep. Signature: | | DAILY MILEAGE: | 126 |
| Initials as reviewed and approved by: | Const. Mgr. | Chief Inspector | Assist. Chief |

Form #505, Rv 1

10/18/09



**ENBRIDGE**

**LINE 66 PIPELINE PROJECT**

| | |
|---|---|
| REPORT #: | 22 |
| DAY: | Thursday |
| DATE: | 7/2/2015 |
| CONTRACTOR: | **CIS** |
| BD CHARGE CODE: | **91257BD12110** |

# Assistant Chief's Inspector's Daily Report

| Weather: | clear | Temperature: | | Low | 46 | °F | High | 75 | °F |
|---|---|---|---|---|---|---|---|---|---|

Assistant Chief Inspector's Name (Print):

Donnie Hood

### DAILY DIARY

**Use this space for the reporting of unusual daily occurrences, stoppages delays safety incidents/close calls, visitors and activities. If during the day progress is below normal, give reason.**

Started at MP 40.9 on burns rd alt at 6:30 am , Walked into gas of river crossing ,need to add ETWS

everything is dry , walked out at 6:45 am , arrived at MP 41.5 burns rd alt , walked into gas of river

crossing to look at PI and terrain , everything is dry and atleast 15' higher than river , need to add

ETWS , walked out at 7:30 am , arrived at alt behind minong pump station MP 41.4 at 7:40 am , alt

will have to be pushed out because of power poles with anchors that supply pump staion ,need to

review with team in duluth , left at 8:15 am arrived at MP 54.8 towerline rd at 9:30 am ,ETWS on cis

and gas are good , everyhing is high and dry  , walked into rail road crossing , everything is good ,

etws on cis and gas is dry , left at 10:15 am , arrived at MP 57.3 county rd e at 10:25 am , walked into

cis to verfiy ETWS and look at The house is out of the tws but there is a shed in tws , shed can be

removed , driveway to house is in ETWS , walked to wetland to look at pi in wetland , everything is

okay , let at 11:30 am , took lunch , Arrived at MP 58.3 county line rd e at 12:30 pm , ETWS on cis ,

and gas are dry ,Walked into cis ETWS at wetland at mp 58 both Etws are good and dry ,walked out at

1:30 pm , arrived at MP 59.1 at 1:50 pm , walkecinto ETWS , They are both dry on cis and gas of rail

road crossing , walked out at 2:45 pm , arrive d at MP 60.05 stone ridge rd at 2:50 pm , ETWS looks

good on both sides of road ,arrived at MP 61.71 access rd , ETWS at roads are good, left at 3:45 pm

| | | Hours | | | |
|---|---|---|---|---|---|
| Signed: | Donnie Hood | Worked: | 10 | Mileage: | 100 |

Reviewed &
Approved: _____          Chief Inspector's Signature