# Exhibit R

 **U.S. Bureau of Labor Statistics**

# Production Occupations

Production occupations are one of two major occupational groups that is projected to decline. Employment is projected to decline 3 percent, with a loss of about 282,100 jobs from 2014 to 2024. Technological advancements are replacing many of the manufacturing workers that make up a large share of the production occupations. Fewer workers are needed in the manufacturing sector as many processes have become computer-controlled.

The median annual wage for production occupations was $31,720 in May 2014, which was lower than the median annual wage for all occupations of $35,540.

| | Occupation | Job Summary | Entry-Level Education | 2014 MEDIAN PAY |
|---|---|---|---|---|
| | Assemblers and Fabricators | Assemblers and fabricators assemble finished products and the parts that go into them. They use tools, machines, and their hands to make engines, computers, aircraft, ships, boats, toys, electronic devices, control panels, and more. | High school diploma or equivalent | $29,280 |
| | Bakers | Bakers mix ingredients according to recipes to make breads, pastries, and other baked goods. | No formal educational credential | $23,600 |
| | Butchers | Butchers cut, trim, and package meat for retail sale. | No formal educational credential | $28,660 |
| | Dental and Ophthalmic Laboratory Technicians and Medical Appliance Technicians | Dental and ophthalmic laboratory technicians and medical appliance technicians construct, fit, or repair appliances and devices, including dentures, eyeglasses, and prosthetics. | High school diploma or equivalent | $33,430 |
| | Food and Tobacco Processing Workers | Food and tobacco processing workers operate equipment that mixes, cooks, or processes ingredients used in the manufacture of food and tobacco products. | See How to Become One | $26,230 |
| | Jewelers and Precious Stone and | Jewelers and precious stone and metal workers design, manufacture, and sell | | |

| | | | | |
|---|---|---|---|---|
| | Metal Workers | jewelry. They also adjust, repair, and appraise gems and jewelry. | High school diploma or equivalent | $36,870 |
| | Machinists and Tool and Die Makers | Machinists and tool and die makers set up and operate a variety of computer-controlled and mechanically controlled machine tools to produce precision metal parts, instruments, and tools. | High school diploma or equivalent | $41,510 |
| | Metal and Plastic Machine Workers | Metal and plastic machine workers set up and operate machines that cut, shape, and form metal and plastic materials or pieces. | High school diploma or equivalent | $33,550 |
| | Painting and Coating Workers | Painting and coating workers paint and coat, often with machines, a wide range of products, including cars, jewelry, and ceramics. | See How to Become One | $33,740 |
| | Power Plant Operators, Distributors, and Dispatchers | Power plant operators, distributors, and dispatchers control the systems that generate and distribute electric power. | High school diploma or equivalent | $72,910 |
| | Quality Control Inspectors | Quality control inspectors examine products and materials for defects or deviations from specifications. | High school diploma or equivalent | $35,330 |
| | Stationary Engineers and Boiler Operators | Stationary engineers and boiler operators control stationary engines, boilers, or other mechanical equipment to provide utilities for buildings or for industrial purposes. | High school diploma or equivalent | $56,330 |
| | Water and Wastewater | Water and wastewater treatment plant and system operators | | |

| | Treatment Plant and System Operators | manage a system of machines, often through the use of control boards, to transfer or treat water or wastewater. | High school diploma or equivalent | $44,100 |
|---|---|---|---|---|
| | Welders, Cutters, Solderers, and Brazers | Welders, cutters, solderers, and brazers use hand-held or remotely controlled equipment to join or cut metal parts. They also fill holes, indentations, or seams of metal products. | High school diploma or equivalent | $37,420 |
| | Woodworkers | Woodworkers manufacture a variety of products such as cabinets and furniture, using wood, veneers, and laminates. They often combine and incorporate different materials into wood. | High school diploma or equivalent | $28,900 |

**Publish Date:** Thursday, December 17, 2015

---

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE Washington, DC 20212-0001

www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH